# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12ᵗʰ Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/16/2015 4:07:42 PM
PAM ESTES
Clerk

Court of Appeals No. (If known):  **12** -  15  -  00258  -  CR

Trial Court Style:  The State of Texas vs.  Thomas Erwin Baker

Trial Court & County:  7th District Court, Smith County      Trial Court No.:  007-0478-15

Date Trial Clerk's Record Originally Due:      N/A

Date Court Reporter's/Recorder's Record Originally Due:      12-17-15

Anticipated Number of Pages of Record:      800

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒  my duties listed below preclude working on this record:    Reporter was in jury trial in STX v Nicholas Sanchez, Jr, 007-1302-15.  Reporter has been completing the records in 007-0089-15, STX v Neil Hunter & 007-0009-15, STX v Willie Henderson, Jr., which were e-filed with the 12th Court this week.

☒  Other. (Explain.):    Reporter will be on vacation the week of December 28th.

I anticipate this record will be completed and forwarded to the 12ᵗʰ Court of Appeals by  1-17-16  , and **I hereby request an additional  30  days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

12-16-15
_____
Date

Signature  /s/Jennifer Lowrance

(903)590-1647
_____
Office Phone Number

Printed Name    Jennifer Lowrance

jlowrance@smith-county.com
_____
E-mail Address (if available)

Official Title    Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name:    Mr. Austin Reeve Jackson          Name:    Mr. Michael West

Address:  112 East Line Street, Suite 310     Address:   100 North Broadway, Fourth Floor

  Tyler, Texas 75702                     Tyler, Texas 75702

Phone no.:  (903)595-6070                 Phone no.:  (903)590-1724

Attorney for:  Mr. Carr                   Attorney for:   The State of Texas

Lead Counsel for **APPELLANT(S)**:          Lead Counsel for **APPELLEE(S)**:

Name:                                Name:

Address:                             Address:


Phone no.:                            Phone no.:

Attorney for:                          Attorney for:


Additional                    information,                  if                any: